UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE R. DAVIS, aka George Davis and DIANE K. DAVIS, husband and wife,<br><br>    Defendants. | NO. CV-04-3129-RHW<br><br>**ORDER CONFIRMING SALE** |

Before the Court is Plaintiff's Motion for Order Confirming Sale (Ct. Rec. 19). The Government requests an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action. The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in Yakima County, in the State of Washington, and is more particularly described as:

<u>REAL PROPERTY</u>

> The Southeast 1/4 of the Northwest 1/4 and the Southwest 1/4 of the Northeast 1/4 of Section 6, Township 10 North, Range 18, E.W.M.;
>
> EXCEPT that portion lying Westerly of the Simcoe Creek as the same existed on May 6, 1965;
>
> AND EXCEPTING Parcel A, described as follows:
> Beginning at the Northwest corner of said subdivision;
> thence South 0°20'19" East, along the West line thereof, 315.01 feet;
> thence South 38°43' East, 528.23 feet;
> thence North 11°41' West, 742.41 feet to the North line of said subdivision;
> thence North 89°57'37" West, along said North line 181.91 feet to the point of beginning.
>
> Situated in Yakima County, State of Washington

ORDER CONFIRMING SALE * 1

Assessor's Parcel No 181006-13002

and the following described irrigation equipment appurtenant to the real property:

200' 6" PVC Buried Mainline
500' 6" Aluminum Portable Mainline
300' 5" Aluminum Portable Mainline
300' 4" Aluminum Portable Mainline
2520' 3" Aluminum Handlines
1320' 4" Western Wheel Line
Cornell Irrigation Pump - SN #27998-6
20 HP General Electric Motor Model #5K254JL1012A

Plus any miscellaneous valves, tees, and fittings, any replacement of, or addition to the system.

The record also reflects that on said date all right, title and interest of the defendants, and each of them, in and to the said property was sold by the said Marshal to the United States of America; the Marshal properly made and filed his Return of Sale on the 31st day of August, 2005; the Clerk properly mailed notice of the filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered against them; more than twenty (20) days having elapsed since mailing of the notice of filing of said return, and no objections or exceptions were made or filed to said sale and return.

Therefore, in consideration of the foregoing, and the Court being otherwise fully advised in this matter, **IT IS HEREBY ORDERED** that said sale by said Marshal to the United States of America on the 12th day of August, 2005, and all proceedings had in respect thereto be, and the same are, approved and confirmed. Plaintiff's Motion for Order Confirming Sale (Ct. Rec. 19) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 3rd day of November, 2005.

s/ ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\Davis.confirmingsale.ord.wpd

ORDER CONFIRMING SALE * 2